ACCEPTED
12-14-00229-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/27/2015 2:13:09 PM
CATHY LUSK
CLERK

## IN THE COURT OF APPEALS

## TWELFTH DISTRICT OF TEXAS

## TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/27/2015 2:13:09 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| **BLAKE CARRINGTON GEE,** | § | |
| **APPELLANT** | § | |
| | § | |
| **VS.** | § | **APPEAL NO. 12-14-00229-CR** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **APPELLEE** | § | |

## NOTICE OF COMPLIANCE

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Comes now L. CHARLES VAN CLEEF, counsel for BLAKE CARRINGTON GEE, Appellant herein, and files this, his Notice of Compliance concerning the Court's August 7, 2015, Late Compliance Notice and Rule 48.4 of the Texas Rules of Civil Procedure.

Attached hereto are the letter and return receipt indicating notification to Appellant, under Rule 48.4, of his right to Petition the Texas Court of Criminal Appeals.

The undersigned also respectfully informs the Court that Appellant has been detained at the Smith County Jail in Tyler, Texas, the Joe F. Gurney Unit of TDCJ, and is now at the following address, which is where the undersigned's compliance letter was sent:

BLAKE CARRINGTON GEE, TDCJ NO 01948254
Hutchins Unit, TDCJ
1500 E. Langdon Rd.
Dallas, TX 75241

1

This information is from TDCJ; Appellant has not notified the court nor the undersigned of his address changes.

Respectfully submitted,

/s/ L. Charles van Cleef
_____
L. Charles van Cleef
State Bar No. 00786305

P.O. Box 2432
Longview, Texas 75606-2432
(903) 248-8244 Telephone
(903) 248-8249 Facsimile

COUNSEL FOR APPELLANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded by electronic filing to counsel for Appellee in accordance with TEX. R. APP. P. 9.5(b)(1) on this Wednesday, January 14, 2015.

Further, a true and correct copy of the foregoing instrument has been forwarded by first class mail to:

BLAKE GEE, TDCJ NO 01948254
Hutchins Unit, TDCJ
1500 E. Langdon Rd.
Dallas, TX 75241

on the same date.

/s/ L. Charles van Cleef

_____
L. Charles van Cleef



# L CHARLES VAN CLEEF
## ═══ ATTORNEY AT LAW, PC ═══

August 10, 2015

VIA CMRRR, 7005 0390 0006 0658 7367

BLAKE GEE, #01948254
1500 E. LANGDON RD.
DALLAS, TX 75241

 RE:  BLAKE C. GEE V. STATE OF TEXAS
 CAUSE NO. 12-14-0029-CR
 12TH COURT OF APPEALS

Dear Mr. Gee:

### SUBJECT:  THE COURT'S OPINION AND JUDGEMENT

Enclosed please find a copy of the Court of Appeals' Memorandum Opinion and Judgment in your case.  The Court has affirmed the trial court.

In accordance with Rule 48.4 of the Texas Rules of Civil Procedure, be advised that you have thirty days from the date of the opinion or after the date the court overrules any timely motion for rehearing in which to either retain an attorney or file a *pro se* Petition for Discretionary Review to the Texas Court of Criminal Appeals, if you so desire.  Any Petition for Discretionary Review must be filed with the Clerk of the Texas Court of Criminal Appeals, and must comply with Rule 68.4 of the Texas Rules of Appellate Procedure.

Best regards,

Charles van Cleef
For the Firm
LCV/cbv

Post Office Box 2432
Longview, Texas 75606-2432
(903) 248-8244 Tel
(903) 248-8249 Facsimile

charles@vancleef.pro
chantelle@vancleef.pro



Van Cleef Law Office
P.O. Drawer 2432
Longview, TX 75606-2432

CERTIFIED MAIL™

7005 0390 0006 0658 7367

3038

BLAKE GEE, #01948254
1500 E. LANGDON RD.
DALLAS TX 75241-7136

$7.18
US POSTAGE
FIRST-CLASS
FROM 75602
AUG 10 2015
stamps.com

0625000795911 9

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Attorand_ ☐ Agent ☐ Addresse<br>B. Received by ( Printed Name) / C. Date of Deliver<br>_Attorand_ 8-20-15 |

1. Article Addressed to:

**BLAKE GEE, #01948254**
**1500 E. LANGDON RD.**
**DALLAS TX 75241-7136**

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7005 0390 0008 0658 7367

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540